# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANNA SPALDING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 15-1282-JTM-JPO |
| CITY OF ENTERPRISE, KANSAS; | ) |
| BRONSON CAMPBELL, in his individual | ) |
| and official capacities; and SCOTT BABCOCK, | ) |
| in his individual and official capacities, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AGREED PROTECTIVE ORDER

NOW, on this 10th day of February, 2016, the Court hereby enters a protective order pursuant to Fed. R. Civ. P. 26(c). This case presents a claim alleging that excessive force was used during plaintiff's arrest causing her physical injury which may lead to the discovery of a) plaintiff's confidential medical records, b) personnel files of the individual defendants and/or the City defendant's current or former employees which are deemed confidential by state law, and c) law enforcement investigative documents and files relating to this incident and other incidents involving plaintiff.

For good cause shown, the Court orders that any such above-described confidential documents produced or disclosed during this litigation shall be used only for purposes of this lawsuit.

The Court further orders:

1. That access to said above described confidential records obtained under this Protective Order shall be limited to the parties, their counsel, clerical and staff persons employed by counsel, court reporters (if necessary), expert witnesses, and the Court;

2. That their use shall be restricted to pretrial, trial, and appellate proceedings in this case;

3. That such confidential documents may be filed under seal only upon separate, specific motion and order of the Court;

4. That within thirty (30) days after the conclusion of this litigation, all copies of the confidential documents produced under this Protective Order shall either be returned to the appropriate counsel or stored and destroyed in accordance with the involved law firm's regular document retention policy.

IT IS SO ORDERED.

    James P. O'Hara
JAMES P. O'HARA
U. S. MAGISTRATE JUDGE

APPROVED:

s/ Michael Shultz
Michael Shultz, #23133
Email:  michael@shultzlaw.net
*Attorney for Plaintiff*
SHULTZ LAW OFFICE, P.A.
445 North Waco
Wichita, KS 67202
Phone:  (316) 269-2284
Fax:  (316) 269-2011

s/ Charles E. Millsap
Charles E. Millsap, #09692
Email: cmillsap@fleeson.com
*Attorney for Defendant City of Enterprise, Kansas*
FLEESON, GOOING, COULSON & KITCH, L.L.C.
1900 Epic Center, 301 N. Main
Wichita, KS 67202
Phone: (316) 267-7361
Fax: (316) 267-1754


s/ Edward L. Keeley
Edward L. Keeley, #09771
Email: ekeeley@mcdonaldtinker.com
*Attorney for Defendants Campbell and Babcock*
MCDONALD, TINKER, SKAER,
    QUINN & HERRINGTON, P.A.
300 West Douglas, Suite 500
Wichita, KS 67202
Phone: (316) 263-5851
Fax: (316) 263-4677